```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 00962
   CORNELIUS A JOHNSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5428

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/09/2004 and was confirmed 03/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED              .00              .00            .00
AMERICAN GENERAL FINANCE   UNSECURED        5357.13              .00         535.71
CHRYSLER FINANCIAL         SECURED         25025.00          3520.25       25025.00
CHRYSLER FINANCIAL         UNSECURED        2458.39              .00         245.84
GMAC                       CURRENT MORTG       .00              .00            .00
GMAC MORTGAGE              MORTGAGE ARRE   4137.56              .00        4137.56
HARRIS NA                  SECURED             .00              .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY         408.07              .00         408.07
BANK OF AMERICA NA         UNSECURED       1248.26              .00         124.83
NATIONAL CAPITAL MANAGEM   UNSECURED       3461.36              .00         346.14
RESURGENT CAPITAL SERVIC   UNSECURED        817.37              .00          81.74
CAPITAL ONE BANK           UNSECURED        999.40              .00          99.94
CITGO                      UNSECURED      NOT FILED              .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED       4744.14              .00         474.41
HOUSEHOLD TAX MASTERS      UNSECURED       1194.15              .00         119.42
ECAST SETTLEMENT CORP      UNSECURED       1743.86              .00         174.39
ECAST SETTLEMENT CORP      UNSECURED       4358.24              .00         435.82
ECAST SETTLEMENT CORP      UNSECURED        692.55              .00          69.26
SHERMAN ACQUISITION LLC    UNSECURED       3589.32              .00         358.93
ROUNDUP FUNDING LLC        UNSECURED      10373.50              .00        1037.35
CODILIS & ASSOCIATES ^     NOTICE ONLY         .00              .00            .00
RIEZMAN & BLITZ            NOTICE ONLY         .00              .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED         59.70              .00           5.97
STUART B HANDELMAN         DEBTOR ATTY    1,035.00                         1,035.00
TOM VAUGHN                 TRUSTEE                                         2,383.96
DEBTOR REFUND              REFUND                                             80.41

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 40,700.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 00962 CORNELIUS A JOHNSON
```

```
PRIORITY                                                    408.07
SECURED                                                  29,162.56
     INTEREST                                             3,520.25
UNSECURED                                                 4,109.75
ADMINISTRATIVE                                            1,035.00
TRUSTEE COMPENSATION                                      2,383.96
DEBTOR REFUND                                                80.41
                                    ---------------    ---------------
TOTALS                                   40,700.00          40,700.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE











                              PAGE   2
         CASE NO. 04 B 00962 CORNELIUS A JOHNSON